UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

        v.

MEDICOMM, INC.,

                Defendant.

23-CV-828 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On February 16, 2023, the Court ordered the parties to meet and confer within thirty (30) days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. As of today's date, the parties have not filed a joint letter regarding the status of settlement or proposing mutually agreeable dates for an initial pretrial conference.

    The parties shall submit their joint letter no later than April 24, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 14, 2023
             New York, New York

                                                          Hon. Ronnie Abrams
                                                           United States District Judge