UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO, *individually and on behalf of all others similarly situated*,

                          Plaintiffs,

                 v.

MEDICOMM, INC.,

                          Defendant.

No. 23-cv-828 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On May 25, 2023, given Defendant's failure to file an Answer or responsive pleading in this action, Plaintiff filed a proposed Clerk's Certificate of Default along with an affirmation in support. *See* Dkts. 13, 14. On May 26, 2023, the Clerk of Court issued a Certificate of Default. *See* Dkt. 15. Accordingly, should Plaintiff intend to move for default judgment, he shall do so by September 19, 2023.

SO ORDERED.

Dated:    September 5, 2023
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge