**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| ANDREW TORO, on behalf of herself and all others similarly situated, | : | Case No.: 1:23-cv-00828-RA |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NOTICE OF MOTION FOR |
| | : | DEFAULT JUDGMENT |
| MEDICOMM, INC., | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, ANDREW TORO hereby move, at a date and time to be set by the Court, before the Honorable Judge Ronnie Abrams, at the Courthouse for the Southern District of New York, located at 40 Foley Square, courtroom 1506, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: September 20, 2023

    Hicksville, New York

                                   **MARS KHAIMOV LAW, PLLC**

                                   By: _/s/ Mars Khaimov_
                                   Mars Khaimov, Esq.
                                   marskhaimovlaw@gmail.com
                                   100 Duffy Ave., Suite 510
                                   Hicksville, New York 11801
                                   Tel: (929) 324-0717
                                   _Attorneys for Plaintiff_