UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

      Plaintiff,

   v.

MEDICOMM, INC.,

      Defendant.

23-CV-828 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  As discussed at today's hearing, a status conference in this matter is scheduled for August 30, 2024 at 12:00 p.m. Defendant is advised that, to the extent he wishes to consult with the New York Legal Assistance Group's clinic for *pro se* litigants, he may do so by visiting its website at nylag.org/pro-se-clinic or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

SO ORDERED.

Dated: August 16, 2024
    New York, New York

               _____
               Ronnie Abrams
               United States District Judge